UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PENA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>MOTAHAR MOTAHAR,<br><br>　　　　　　Defendant. | No. 2:24-cv-01760-DAD-CKD<br><br><br>ORDER TO SHOW CAUSE |

　　　　Plaintiff filed a complaint initiating this action on June 21, 2024.  (Doc. No. 1.)  A summons was issued the same day.  (Doc. No. 2.)  To date, plaintiff has not filed any proof of service of the summons and complaint, nor has plaintiff filed any request for an extension of time in which to effect service of process.  In addition, plaintiff did not file a scheduling status report by October 8, 2024 as required by the court's order setting this case for an initial scheduling conference on October 22, 2024.  (Doc. No. 3 at ¶ 6.)  In light of this failure, the court issued an order on October 11, 2024 resetting this case for an initial scheduling conference on November 26, 2024 and ordered that a scheduling status report be filed no later than November 12, 2024.  (Doc. No. 4.)  Plaintiff's counsel did not file any report in compliance with the court's orders and failed to appear at the November 26, 2024 initial scheduling conference.  Indeed, plaintiff's counsel has not communicated with the court at all since filing plaintiff's complaint.

/////

1

Rule 4(m) of the Federal Rules of Civil Procedure provides the time limit for service, stating that "[i]f a defendant is not served within 90 days after the complaint is filed, the court— on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

Accordingly, **plaintiff is ordered to show cause within seven (7) days** from the date of entry of this order why this action should not be dismissed due to plaintiff's failure to comply with court orders and failure to serve the defendant in compliance with Rule 4(m) of the Federal Rules of Civil Procedure. Alternatively, within seven (7) days from the date of entry of this order, plaintiff may file a notice of voluntary dismissal pursuant to Rule 41.

Plaintiff is warned that his failure to comply with this order will result in this action being dismissed due to plaintiff's failure to comply with court orders and failure to comply with Rule 4.

IT IS SO ORDERED.

Dated:   **November 26, 2024**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2